# EXHIBIT A

| CHARLES JOSEPH CARNAHAN | : | 31st JUDICIAL DISTRICT COURT |
|---|---|---|
| VS.  C-372-23 | : | PARISH OF JEFFERSON DAVIS |
| T-MOBILE USA, INC., ASSURANT INSURANCE AGENCY, INC., WARRANTY SERVICE CORPORATION, AND APPLE INCORPORATED | : | STATE OF LOUISIANA |

FILED: _July 17, 2023_

_Christy Picheli_
DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, CHARLES JOSEPH CARNAHAN, person of the full age of majority and a domiciliary of Jefferson Davis Parish, Louisiana, who respectfully represents:

1.

Made Defendants herein:

A. T-MOBILE USA, INC. a foreign corporation, organized and existing under and by virtue of the laws of the State of Delaware, authorized to do and doing business in the State of Louisiana, who can be served through CORPORATION SERVICE COMPANY, 501 LOUISIANA AVENUE, BATON ROUGE, LOUISIANA 70802

B. ASSURANT INSURANCE AGENCY, INC., a foreign corporation, organized and existing under and by virtue of the laws of the State of Minnesota, authorized to do and doing business in the State of Louisiana, who can be served through COMMISSIONER OF INSURANCE, 1702 NORTH THIRD STREET, BATON ROUGE, LOUISIANA 70802

C. FEDERAL WARRANTY SERVICE CORPORATION, a foreign corporation, organized and existing under and by virtue of the laws of the State of Illinois, authorized to do and doing business in the State of Louisiana, who can be served through CORPORATION SERVICE COMPANY, 501 LOUISIANA AVENUE, BATON ROUGE, LOUISIANA 70802

D. APPLE, INC., a foreign corporation, organized and existing under and by virtue of the laws of the State of California, authorized to do and doing business in the State of Louisiana, who can be served through C T CORPORATION SYSTEM, 3867 PLAZA TOWER DR., BATON ROUGE, LA 70816

2.

Prior to July 16, 2022, CHARLES purchased an Apple iPhone 11 from T-Mobile USA, Inc., Apple Corp. is the manufacturer or deemed to be the manufacturer of the iPhone and its component parts. CHARLES also purchased from T-Mobile USA, Apple Inc. and/or Federal Warranty Service Corp, which insurance purported to provide for replacement of my iPhone with a new iPhone should the iPhone be in need of replacement.

3.

As a result of hacking issues with the iPhone, CHARLES submitted an insurance claim, which T-Mobile USA and Federal Warranty purported to honor. However, when the replacement iPhone arrived, CHARLES realized it was a refurbished iPhone, not a new one. CHARLES believes the battery in the refurbished iPhone was manufactured or deemed to be manufactured by Apple, Inc.

4.

While CHARLES was removing the refurbished iPhone from its box, inside his home located at 1837 Ardoin Cove Road, Welsh, Louisiana, 70591, the battery in the iPhone exploded and burst into flames, causing him physical injury including particularly to my hand and fingers, damages to my home, Post Traumatic Stress Disorder/anxiety, and hazardous chemical contamination of his home.

5.

CHARLES believes one or more of the defendants named above are solidarily liable to him, for defective manufacture of the described iPhone 11, defective refurbishment of the same iPhone, providing a refurbished iPhone rather than the promised new one and/or manufacturing and providing him a defective iPhone and battery resulting in his damages.

6.

CHARLES alleges that one or more of the defendants are liable to him, *in solido* in negligence, and in strict product liability under *Louisiana Revised Statutes* 9:2800.51 and following and are liable to him for return of the price of the iPhone, plus taxes, cost of insurance warranty and any/or associated costs, plus damages under Louisiana's law of redhibition, *Louisiana Civil Code articles* 2520 and following.

7.

Assurant Insurance Agency, Inc. is the liability insurer of at least one of the other

defendants, believed to be T-Mobile USA, Inc., and is solidarily liable with its insurer for his damages described above.

Accordingly, CHARLES JOSEPH CARNAHAN, respectfully asks this court, after due proceedings, to render judgment in my favor and against the named defendants, for such damages and other relief as is reasonable in the process, and for all costs of this proceeding, plus legal interest from the time of demand until paid.

Respectfully submitted:

Andrew "Woody" Bougard, Bar No. 39409
The Bougard Law Office, LLC
1224 N. Parkerson Ave.
Crowley, Louisiana 70526
Tel: (337) 246-3173
Fax: (337) 783-9079
Email: andrew@bougardlawoffice.com
*Attorney for Charles Joseph Carnahan*

PLEASE SERVE:

T-MOBILE USA, INC.
Through their registered agent
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LOUISIANA 70802

ASSURANT INSURANCE AGENCY, INC.
Through their registered agent
COMMISSIONER OF INSURANCE
1702 NORTH THIRD STREET
BATON ROUGE, LOUISIANA 70802

FEDERAL WARRANTY SERVICE CORPORATION
Through their registered agent
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LOUISIANA 70802

APPLE, INC.
Through their registered agent
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

A TRUE COPY OF THE ORIGINAL

JENNINGS, LA ___ 7/17 20 23

BY. CLERK OF COURT